**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

UNITED STATES OF AMERICA

-vs-    Case No. C-1-00-37 ()

**ELLSWORTH SIMPSON**

---

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on June 17, 2005.

                                            S/Timothy Black
                                            TIMOTHY S. BLACK
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Ellsworth Simpson