IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

: CIVIL NO: C-1-00-037
: MAGISTRATE JUDGE HOGAN

ELESWORTH D. SIMPSON,

7351 Estate Court
Cincinnati, OH 45224
                                Defendant.

**BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**Elesworth D. Simpson** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO,** to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on

_____.

**\*Marshal shall locate Defendant and transport to Federal Courthouse in Cincinnati, Ohio.**

**\* Marshal shall not input Defendant's Personal information into Criminal data base until the Court and the U.S. Attorney's Office have been notified.**

**James Bonini, Clerk**

UNITED STATES DISTRICT COURT

By: Deputy Clerk

Date:  6-8-05

## RETURN

This Bench Warrant was received and executed with the arrest of the above named Defendant at

his Residence, 7351 Estate Ct, Cincinnati, OH.

DATE RECEIVED _____ 6-15-05

DATE OF ARREST _____ 6-17-05

DATED AT CINCINNATI, OHIO ON
_____ 6-17-05

Signature of Arresting Officer

Title of Arresting Officer
Deputy U.S. Marshal